IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPTAIN TYSON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-00380-LJO-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT, AND FOR COPY OF COMPLAINT<br><br>(DOCUMENT #11)<br><br>THIRTY-DAY DEADLINE |

　　　On October 30, 2008, Plaintiff filed a motion to extend time to file amended complaint, and to receive a copy of his original complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is GRANTED **thirty (30) days** from the date of service of this order in which to amend his complaint, and the Clerk's Office shall send Plaintiff a courtesy copy of his original complaint.


　　　IT IS SO ORDERED.

　　**Dated:　November 13, 2008**　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE