# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN, | CASE NO. 1:08-cv-00380-LJO-GSA PC |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 13) |
| CAPTAIN TYSON, et al., | |
| Defendants. | |

On November 14, 2008, Plaintiff filed an unsigned document. The Court cannot consider unsigned filings, and the document is HEREBY ORDERED STRICKEN from the record. Local Rule 7-131; Fed. R. Civ. P. 11(a).

IT IS SO ORDERED.

Dated: **November 18, 2008**         **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

1