1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   D. DUSTIN,                              1:08-cv-00380-LJO-GSA (PC)
12              Plaintiff,                   ORDER GRANTING PLAINTIFF'S
                                             FOURTH MOTION TO EXTEND TIME TO
13         vs.                               FILE FIRST AMENDED COMPLAINT
14   CAPTAIN TYSON, et al.,                  (DOCUMENT #21)
15              Defendants.                  30-DAY DEADLINE
16   _____/
17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18   1983.  On January 26, 2009, plaintiff filed a motion to extend time to file an Amended
19   Complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING
20   THEREFOR, IT IS HEREBY ORDERED that:
21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file
22   a First Amended Complaint.
23
24      IT IS SO ORDERED.
25   Dated:    **January 30, 2009**          _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
26
27
28