# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>CAPTAIN TYSON, et al.,<br><br>            Defendants. | CASE NO. 1:08-cv-00380-LJO-GSA PC<br><br>ORDER GRANTING FINAL THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 30) |

Plaintiff D. Dustin, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2008. On September 30, 2008, the Court dismissed Plaintiff's complaint for failure to comply with Federal Rule of Civil Procedure 8(a), and ordered Plaintiff to file an amended complaint within thirty days. Plaintiff has repeatedly sought extensions of time to amend, which the Court has generously granted. Along with the two most recent orders, the Court has supplied Plaintiff with a copy of his original complaint and a copy of the form complaint. Sixteen months have now passed and Plaintiff still has not filed an amended complaint. Pending before the Court is another request for additional time, filed November 23, 2009.

A sixteen month time period is more than sufficient for Plaintiff to write down his legal claims and set forth the facts in support of them, which includes linking each named defendant to a claim or claims. A pleading should not and need not be lengthy to be sufficient to state a claim. Plaintiff has thirty days to file a legible amended complaint that complies with the Court's order of September 30, 2008. No further extensions of time will be granted. The failure to file an amended

complaint within thirty days from the date of service of this order will result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, filed November 23, 2009, is GRANTED;
2. Plaintiff shall file an amended complaint in compliance with the Court's order of September 30, 2008, within **thirty (30) days** from the date of service of this order;
3. No further extensions of time will be granted; and
4. This action will be dismissed if Plaintiff fails to file an amended complaint within thirty days.

IT IS SO ORDERED.

Dated: **January 29, 2010**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE